IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ESTATE OF ORLANDO MATTHEWS;
and FLORENCE MATTHEWS,
individually and in her official capacity
as Administratrix of the estate                                              PLAINTIFFS

v.                              No. 2:09-cv-71-DPM

CITY OF MARIANNA, ARKANSAS,
a municipal corporation; ROBERT
TAYLOR, Mayor of Marianna; JAMES
TUCKER, Marianna Chief of Police;
WILLIAM COLVIN, Corporal, Marianna
Police Department; SCOTT
MCCALL, Officer, Marianna Police
Department; JOHN DOES 1-10,
in their individual and official capacities                                  DEFENDANTS

ORDER

The parties' filings on the motion for summary judgment raise complicated issues that may determine the action. With motion deadlines looming and a triable 2010 case second-out for January 16th, the Court concludes that the better course is to suspend the scheduling order and cancel the trial setting in this case. Trial will be reset, if necessary, by separate order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 Nov. 2011