IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ORLANDO MATTHEWS ESTATE and
FLORENCE MATTHEWS, individually
and in her official capacity as
Administratrix of the estate                                    PLAINTIFFS

v.                          No. 2:09-cv-71-DPM

CITY OF MARIANNA, ARKANSAS,
a municipal corporation; ROBERT
TAYLOR, Mayor of Marianna; JAMES
TUCKER, Marianna Chief of Police;
WILLIAM COLVIN, Corporal, Marianna
Police Department; SCOTT
MCCALL, Officer, Marianna Police
Department; and JOHN DOES 1-10,
in their individual and official capacities              DEFENDANTS

ORDER

The outcome of this case turns on whether Matthews was the personal representative of her son Orlando's estate when she filed this lawsuit. № 62 at 4. The Arkansas courts have determined with finality that Matthews was not. № 53-1 at 9-10 & 63-1. This Court granted the Marianna Defendants' motion to reconsider summary judgment and invited further argument from Matthews. № 64. None has been made.

The Court grants Defendants' motion for summary judgment, № 28. No material facts are disputed. Matthews lacked standing to pursue § 1983 claims against the Marianna Defendants arising from her son's injuries and death because she was not then appointed personal representative. ARK. CODE ANN. § 16-62-101(a)(1) (survival actions must be brought by the personal representative); ARK. CODE ANN. § 16-62-102(b) & *Brewer v. Poole*, 362 Ark. 1, 16, 207 S.W.3d 458, 467 (2005) (wrongful-death actions must be brought by the personal representative or *all* heirs at law). For the reasons explained in the Court's earlier Order, № 62, the statutes of limitation expired without either claim being timely and properly asserted.

Motion for summary judgment, № 28, granted; complaint dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2013