IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ORLANDO MATTHEWS ESTATE and
FLORENCE MATTHEWS, individually
and in her official capacity as
Administratrix of the estate                                            PLAINTIFFS

v.                             No. 2:09-cv-71-DPM

CITY OF MARIANNA, ARKANSAS,
a municipal corporation; ROBERT
TAYLOR, Mayor of Marianna; JAMES
TUCKER, Marianna Chief of Police;
WILLIAM COLVIN, Corporal,
Marianna Police Department; SCOTT
MCCALL, Officer, Marianna Police
Department; and JOHN DOES 1-10,
in their individual and official capacities                              DEFENDANTS

JUDGMENT

Matthews's complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

18 October 2013